IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN TILTON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:09-cv-00157-AWI-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE COURT'S SCREENING ORDER<br><br>(Motion# 21)<br><br>30-DAY DEADLINE |

　　　　On March 30, 2011, Plaintiff filed a motion to extend time to file a response to the Court's screening order filed on March 7, 2011.

　　　　Plaintiff is HEREBY GRANTED **thirty (30) days** from the date of service of this order in which to file a response.


IT IS SO ORDERED.

**Dated:　April 4, 2011**　　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE