# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,                                     CASE NO. 1:09-cv-00157-AWI-SKO PC

                    Plaintiff,                   ORDER DENYING MOTION

      v.                                         (Doc. 18)

JOHN TILTON, et al.,

                    Defendants.
_____/

      On February 2, 2011, Plaintiff Barry Lamon, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a copy of the courtroom motion calendar. The Court does not have a general calendar it provides to litigants for guidance in setting motions. Rather, motions are set before the undersigned at 9:30 a.m. on Wednesdays.  However, in cases such as this, motions are submitted upon the record without oral argument unless the Court deems a hearing necessary.  Local Rule 230(l).

      For the reasons set forth herein, Plaintiff's motion for a copy of the courtroom motion calendar is DENIED.


IT IS SO ORDERED.

**Dated:     April 8, 2011**                    _____/s/ Sheila K. Oberto_____
                                                UNITED STATES MAGISTRATE JUDGE

1