# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | CASE NO. 1:09-cv-00157-AWI-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| v. | (Doc. 42) |
| JOHN TILTON, et al., | |
| Defendants. | |

Plaintiff Barry Lamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 26, 2009.  On September 19, 2011, Plaintiff filed a motion requesting assistance in locating and serving Defendant Schutt.

Although the initial attempt to serve Defendant Schutt was unsuccessful and the service documents were returned unexecuted on September 6, 2011, service is again in process pursuant to the Court's second service order, filed on September 9, 2011.  At this time, it is unnecessary for Plaintiff to intervene and seek any relief regarding this issue.  In the event that further information or action is required of Plaintiff, he will be notified by order.

Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   September 26, 2011**            /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1