1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BARRY LAMON,                          CASE NO. 1:09-cv-00157-AWI-SKO PC

10                      Plaintiff,         ORDER GRANTING DEFENDANTS'
                                          REQUEST FOR LEAVE TO DEPOSE
11          v.                            PLAINTIFF BY VIDEOCONFERENCE

12   JOHN TILTON, et al.,                 (Doc. 41)

13                      Defendants.
                                    /
14

15          Plaintiff Barry Lamon, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on January 26, 2009, and a scheduling order was

17   issued on September 8, 2011.  This action is currently in the discovery phase, and on September 19,

18   2011, Defendants Birkholm and Mayugba filed a motion seeking leave to depose Plaintiff by

19   videoconference.  Fed. R. Civ. P. 30(b)(4).

20          Good cause having been shown, Defendants' motion is HEREBY GRANTED.

21

22   IT IS SO ORDERED.

23   **Dated:    September 26, 2011            /s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                          1