# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | CASE NO. 1:09-cv-00157-AWI-SKO PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT SCHUTT, AND EXTENDING UNENUMERATED RULE 12(B) DEADLINE TO DECEMBER 16, 2011 |
| v. | |
| JOHN TILTON, et al., | |
| Defendants. | (Doc. 37) |

On November 14, 2011, Defendant Schutt filed an answer to Plaintiff's complaint. Accordingly, application of the discovery and scheduling order filed on September 8, 2011, is HEREBY EXTENDED to Defendant Schutt, and the deadline for filing an unenumerated Rule 12(b) motion, which expired on November 8, 2011, is EXTENDED to December 16, 2011.

IT IS SO ORDERED.

**Dated:   November 15, 2011**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE