# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN TILTON, et al.,<br><br>                Defendants.<br>_____ / | CASE NO. 1:09-cv-00157-AWI-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION AS PREMATURE, AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPY OF DOCKET<br><br>(Doc. 60) |

      Plaintiff Barry Lamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 26, 2009. On May 1, 2012, Plaintiff filed a motion requesting relief from compliance with any deadlines resulting from activity in this case between March 8, 2012, and the present, and relief from the imposition of any sanction which might result from his non-compliance.[1] The basis for Plaintiff's motion is his transfer to California State Prison-Sacramento on March 8, 2012; his eventual transfer back to California State Prison-Corcoran on April 13, 2012, which was preceded by brief transfer to California State Prison-Solano on April 2, 2012; and his resulting inability to access his property.

      The Court did not issue any orders between March 8, 2012, and receipt of Plaintiff's motion on May 1, 2012, and Defendants filed only an opposition to Plaintiff's motion to modify the scheduling order. That motion was resolved in a separate order issued concurrently with this order

///

---

[1] Captioned as a motion for an order of protection.

1

1  and given that the Court did not reach Defendants' opposition, no reply by Plaintiff is needed or
2  would be considered if filed.
3       Accordingly, Plaintiff's motion is HEREBY DENIED as premature, and in the interest of
4  justice, the Clerk's Office shall provide Plaintiff with a courtesy copy of the docket in this case.

6  IT IS SO ORDERED.

7  **Dated:   May 2, 2012**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE