# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN TILTON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00157-AWI-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COURTESY COPIES OF ORDER AND JUDGMENT, AND CHANGE PLAINTIFF'S ADDRESS OF RECORD TO CSP-SACRAMENTO<br><br>(Doc. 103) |

Plaintiff Barry Lamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 26, 2009. On July 31, 2013, the Court granted Defendants' motion for summary judgment and entered judgment. On August 21, 2013, Plaintiff filed a declaration attesting that he was not served with the order and judgment and requesting service.

On July 31, 2013, Plaintiff was served by mail with the order and judgment at his address of record with the Court and therefore, service is deemed effective. Local Rule 182(f). Based on the return address listed in the corner of the declaration, Plaintiff is now at California State Prison-Represa rather than of Salinas Valley State Prison. However, Plaintiff has not filed a notice of change of address in this case.

///
///
///

1

Based on the foregoing, as a courtesy to Plaintiff, the Clerk of the Court shall send Plaintiff copies of the order and judgment and shall change Plaintiff's address of record to CSP-Sacramento.

IT IS SO ORDERED.

**Dated:   August 22, 2013**                /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE